UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PHILIP TINSLEY III
148 Preston Circle
Fredericksburg, VA 22406-5144

Tel. (540) 538-4675

**Plaintiff,**

v.

ADAMS NATIONAL BANK/ABIGAIL
 ADAMS NATIONAL BANCORP, INC.
1130 Connecticut Avenue, NW, Suite 200
Washington, DC 20036

Tel. (202) 772-3600

**Defendant.**

Case No. _____

CASE NUMBER 1:06CV01621
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Pro se General Civil
DATE STAMP: 09/18/2006

**COMPLAINT**

**Introduction-**This is a civil action seeking monetary damages. This action materializes out of willful negligence by the defendant under 18 U.S.C.A. § 1961 (1)(A) & (B), **racketeering**.

1. This Court has jurisdiction pursuant to Article III Sections 1 & 2 of the United States Constitution and 28 U.S.C.A. §§ 1331 & 1332. The amount of monetary damages requested is ONE MILLION SEVENTY-EIGHT THOUSAND NINE HUNDRED-EIGHTY DOLLARS ($1,078,980).

2. The pro se plaintiff is a voting eligible citizen of the United States of America.

3. The defendant, the Adams National Bank/Abigail Adams National Bancorp, Inc., is a bank/financial institution (see 15 U.S.C.A. § 80a-3) with its headquarters in

Washington, DC.

4. The COMPLAINT, notice of lawsuit, and waiver of summons forms are being served upon Jeanne Delaney Hubbard, Chair, President & CEO of the Adams National Bank/Abigail Adams National Bancorp, Inc., 1130 Connecticut Avenue, NW, Suite 200, Washington, DC 20036; General Secretariat, International Organization Commission, C/Oquendo 12, 28006 Madrid, Spain; and U.S. Attorney, 555 4th Street, NW, Washington, DC 20001-2733.

5. **Facts Of Claim**
   a. On July 14, 2006, this pro se plaintiff mailed a letter to the manager at the American Stock Transfer & Trust Company (AST) via USPS Certified, Return Receipt Mail demanding payment on an account containing shares of the Adams National Bank/Abigail Adams National Bancorp, Inc., symbol-AANB (see *ATTACHMENTS A-C*). This letter was received on July 18, 2006 (see *ATTACHMENT D*); however, payment was not rendered.

   b. On July 29, 2006, this pro se plaintiff mailed an additional letter to the manager at the American Stock Transfer & Trust Company (AST) via USPS Certified, Return Receipt Mail demanding payment on *all* accounts containing shares of AANB (see *ATTACHMENTS B & E-H*). This additional letter was received on August 3, 2006 (see *ATTACHMENT I*); however, payment still was not rendered.

   c. On August 9, 2006, this pro se plaintiff mailed a letter to Jeanne Delaney Hubbard, Chair, President & CEO of the Adams National Bank/Abigail Adams National Bancorp, Inc., via USPS Priority Mail with Signature Confirmation demanding liquidation of all accounts containing AANB stock (see *ATTACHMENTS J-L*). This letter was received on August 14, 2006 (see *ATTACHMENT M*); however, the payments were not rendered.

   d. On August 14, 2006, this pro se plaintiff faxed a letter to the U.S. Attorney, NY

requesting the arrest of Ms. Lucy Peeler of AST (see *ATTACHMENTS N & O*). A copy of the facsimile was mailed to Jeanne Delaney Hubbard, Chair, President & CEO of the Adams National Bank/Abigail Adams National Bancorp, Inc, via USPS Priority Mail with Signature Confirmation and received on August 16, 2006 (see *ATTACHMENTS P & Q*); however, it is now September 16, 2006, and this pro se plaintiff still has not received the proceeds of the liquidation of all of the accounts containing AANB stock in the form of checks. .

6. **Violations of 18 U.S.C.A. § 1961 (1) (A) & (B)**

   a. AST is the stock transfer company for AANB/Adams National Bank/Abigail Adams National Bancorp, Inc. and has refused to close the accounts, one of which is illegal by law and NASD Rules, and send checks for the proceeds when ordered to do so via tracked USPS mail.

   b. Jeanne Delaney Hubbard is the Chair, President & CEO of the AANB/Adams National Bank/Abigail Adams National Bancorp, Inc. and fully responsible for her bank's stock and for her bank's financial matters. She was notified of the transgressions via tracked USPS mail and has also refused to render payment. This is also "indifference to the truth" when given the *knowledge* about *property* and *money*, and when sent and verified via the United States Postal System (USPS) is "sufficient to sustain a mail fraud conviction"... .

   c. By legal definition the AANB/Adams National Bank/Abigail Adams National Bancorp, Inc./Jeanne Delaney Hubbard is guilty of violating this Title and Section of the U.S.C.A. based upon prima facie evidence.

## CONCLUSION

Jeanne Delaney Hubbard, the Chair, President & CEO of the Adams National Bank/Abigail Adams National Bancorp, Inc., received a demand for payment on August 14, 2006, after the

close of the stock market; therefore, all shares in all accounts should have been liquidated at the open of the market on August 15, 2006, at a price of fourteen dollars and fourteen cents/share of AANB ($14.14/share of AANB and see *ATTACHMENT R*) and checks should have been rendered, minus the S.E.C. fees.

This attempt to steal shares of *private* stock which was converted into common, NASDAQ stock from John Thomas Hewin Sr., Esq (b. 1875, Dinwiddie County, VA); from his daughter, Harryette Hewin Bell, now ninety-six (96) years old; and from his granddaughter, now *deceased* (see *Tinsley v. United States, Case No. 06-376 C*, U.S. Ct. Fed. Claims, Wash., DC), Hermione Bell Tinsley, is heinous and must be stopped ... .

**WHEREFORE** all of the previous items being considered, I, the pro se plaintiff, seek judgment against the defendant, Adams National Bank/Abigail Adams National Bancorp, Inc., for:

**ONE MILLION SEVENTY-EIGHT THOUSAND NINE HUNDRED-EIGHTY DOLLARS** ($1,078,980) for violating 18 U.S.C.A. § 1961 (1) (A) & (B), through willful negligence demonstrating breach of duty, causation, and psychological distress.

Plaintiff requests a Trail by Jury

Dated this 16th day of September, 2006

By _____
Philip Tinsley, III in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

cc: (via certified, return receipt mail, Article Nos. 7005 2570 0001 0445 5319 & 7005 2570 0001 0445 5326 and via USPS Global Priority Mail*, LX844970938US, LC455604214US)

Jeanne Delaney Hubbard
 Chair, President & CEO
Adams National Bank
1130 Connecticut Avenue, NW, Suite 200
Washington, DC 20036

General Secretariat*
International Organization Commission
C/Oquendo 12
28006 Madrid
Spain

U.S. Attorney,
555 4th Street, NW
Washington, DC 20001-2733