148 Preston Circle
Fredericksburg, VA 22406
July 14, 2006

Manager
American Stock Transfer &
    Trust Company
ATTN: Reorganization Department
59 Maiden Lane
Plaza Level
New York, NY 10038

RE: Demand for Payment

Dear Sir or Madam:

Please accept the enclosed "AST LETTER OF TRANSMITTAL" as a demand for the liquidation of Account No. 9000000479 (CBT stock converted into AANB stock plus cash dividends) and payment in the form of check sent via tracked mail-USPS Express Mail; certified, return receipt; or Priority Mail with Delivery/Signature Confirmation.  You may deduct the costs of the tracked mail from the liquidation proceeds.  A letter and packet have already been sent to Ms. Aleka Krueger of your company via USPS certified, return receipt mail, Article No. 7005 2570 0001 0437 6461, demonstrating the *illegality* of this account.

Enclosed in this envelope are one (1) completed, signed, and stamped "AST LETTER OF TRANSMITTAL"; one (1) signed and notarized "DURABLE POWER OF ATTORNEY"; and one (1) copy of my Commonwealth of Virginia Birth Certificate demonstrating that I am too old to have an account under the Uniformed Gift to Minors Act (U.G.M.A.).

Please remit the check promptly.

Sincerely yours,

Philip Tinsley, III
Account Holder with
    CBT/AANB

06 162

Sent via USPS Certified, Return
Receipt Mail, Article No. 7005
2570 0001 0437 6478

FILED

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT A**