**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK NY 10038

| | | |
|---|---|---|
| Postage | $ | $0.87 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.12 |

0403
13
Postmark Here
07/14/2006

Sent To _Manager AST, ATTN: Reorganization Dept._
Street, Apt. No.; or PO Box No. _59 Maiden Lane - Plaza Level_
City, State, ZIP+4 _New York, NY 10038_

PS Form 3800, June 2002                See Reverse for Instructions

7005 2570 0001 0437 6478

---

FALMOUTH POSTAL STORE
FALMOUTH, Virginia
224066470
5176530403-0097
07/14/2006    (800)275-8777    11:03:14 AM

― Sales Receipt ―

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| NEW YORK NY 10038 First-Class 2.40 oz. | | | $0.87 |
| Return Rcpt (Green Card) | | | $1.85 |
| Certified | | | $2.40 |
| Label #: 70052570000104376478 | | | |
| Customer Postage | | | -$5.12 |
| Subtotal: | | | $0.00 |
| Issue PVI: | | | $0.00 |

Total:    $0.00

Paid by:

Bill#: 1000302636658
Clerk: 13

― All sales final on stamps and postage. ―
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Manager_
_American Stock Transfer +_
_Trust Company_
_ATTN: Reorganization Department_
_59 Maiden Lane - Plaza Level_
_New York, NY 10038_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 2570 0001 0437 6478

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

06 1621

**ATTACHMENT C**

FILED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT