**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 2570 0001 0437 6478**
Status: **Delivered**

Your item was delivered at 8:50 am on July 18, 2006 in NEW YORK, NY 10038.

*Additional Details >* | *Return to USPS.com Home >*

---

Track & Confirm
Enter Label/Receipt Number.

---

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

06 1621

# FILED

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

7/20/2006

**ATTACHMENT D**