148 Preston Circle
Fredericksburg, VA 22406
July 29, 2006

Manager
AST
59 Maiden Lane
Plaza Level
New York, NY 10038



RE: Letter of 24, 2006 and Mailing of
     July 26, 2006

Dear Sir or Madam:

    In my July 14, 2006 letter that was sent to you via USPS certified, return receipt mail (Article No. 7005 2570 0001 0437 6478), I gave you an **order** to sell *all* shares and issue me a check via tracked mail for the proceeds ... I still have not received that check and your answer is totally incompetent and unacceptable, since you have a copy of my birth certificate, *notarized* "DURABLE POWER[s] OF ATTORNEY" and *notarized* "REVOCABLE TRUST[s]" for Mrs. Harryette Hewin Bell and for Mrs. Hermione Bell Tinsley on file (see Ms. Aleka Krueger of AST). Furthermore, you were given the case titles and docket numbers for federal cases which proved illegal seizure of property and belongings (see IVth Amendment, U.S. Const.) by a county level government (see *Tinsley v. Fairfax County Police Department, Case No. 01-279-A* and *Shafik v. Tinsley & Tinsley, Case No. 03-103-A*, U.S. Dist. Ct. E.D. VA [Alexandria Division] and *Tinsley v. Equifax Information Services of Equifax Inc., Case No. 1:06CV0676*, U.S. Dist. Ct. N.D. GA [Atlanta Division]).

    Enclosed in this letter are two (2) additional signed "LETTER[s] OF TRANSMITTAL" for Mrs. Harryette Hewin Bell and for Mrs. Hermione Bell Tinsley with a bank medallion stamp. Please close the respective accounts-9000000479, 9000000470 & 9000008608, and issue checks for the proceeds, minus the costs of delivery via tracked mail-FedEx®, USPS Express Mail, USPS Priority Mail with Signature/Delivery Confirmation, or USPS Certified, Return Receipt Mail.

    We have no desire to do business with Ms. Jeanne Delaney Hubbard/Abigail Adams National Bancorp and I do not want to have to file another federal lawsuit (see *Tinsley v. Spitzer, Case No. 99-1342-A* & *Tinsley v. Jones, Case No. 99-1822-A*, U.S. Dist. Ct. E.D. VA [Alexandria Division] and *Tinsley v. Komansky, Case No. 03CV2919*, U.S. Dist. Ct. S.D. NY) ...

**FILED**
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1621

-1-

**ATTACHMENT E**

Sincerely yours,

Philip Tinsley, III
Attorney-in-fact/Trustee and
Shareholder

Enclosures (2 pages)

cc: General Secretariat, IOSCO
    President of the UN Gen. Assembly
    US Attorney, NY
    NASD

**Sent via USPS Priority Mail
with Signature Confirmation,
2305 0270 0001 8002 4622**

-2-