**U.S. Postal Service Signature Confirmation Receipt**

SIGNATURE CONFIRMATION NUMBER: 2305 0270 0001 8002 4622

Postage and Signature Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

Manager - American Stock Trans & Tst Co
59 Maiden Lane - Plaza Level
New York, NY 10038

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail Service
☐ First-Class Mail parcel
☐ Package Services parcel

PS Form 153, January 2005    (See Reverse)

```
         FALMOUTH POSTAL STORE
           FALMOUTH, Virginia
               224066470
             5176530403-0098
08/01/2006      (800)275-8777      09:57:31 AM

                 ——— Sales Receipt ———
Product           Sale    Unit        Final
Description       Qty     Price       Price

NEW YORK NY 10038                     $4.05
Priority Mail
  1.30 oz.
  Signature Confirmation              $1.90
  Label #:    23050270000180024622
  Customer Postage                   -$5.95
  Subtotal:                           $0.00
                                    ========
Total:                                $0.00

Paid by:

Bill#:  1000202214994
Clerk:  13

— All sales final on stamps and postage. —
    Refunds for guaranteed services only.
       Thank you for your business.
              Customer Copy
```

06 1621

**FILED**

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT H**