
UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 2305 0270 0001 8002 4622
Status: **Delivered**

Your item was delivered at 12:26 pm on August 03, 2006 in NEW YORK, NY 10038. The item was signed for by G MONTY.

Additional Details >    Return to USPS.com Home >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. Go >

---

Track & Confirm

Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust    site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

06 1621
**FILED**
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
8/5/2006

**ATTACHMENT I**