148 Preston Circle
Fredericksburg, VA 22406
August 9, 2006

Jeanne Delaney Hubbard, Chair, President
& CEO
Abigail Adams National Bancorp, Inc.
1130 Connecticut Avenue, NW, Suite 200
Washington, DC 20036

RE: Nonpayment/Embezzlement

Dear Ms. Hubbard:

It is now August 9, 2006, I still do not have checks for the proceeds of the liquidation of the stock accounts of Mrs. Harryette *Hewin* Bell, Mrs. Hermione Bell Tinsley, now deceased, and the illegal Uniformed Gift to Minor's Act (U.G.M.A.) account. Furthermore, I still do not have a confirmation/record of the transfer of the shares from Mr. Samuel Harry (S.H.) Bell's stock account to the account of his surviving wife, Mrs. Harryette Hewin Bell. The manager and Ms. Aleka Krueger have received all of the necessary documents, e.g. "LETTER(s) OF TRANSMITTAL", "DURABLE POWER(s) OF ATTORNEY", "REVOCABLE TRUST(s)", U.S. Passport, and Commonwealth of Virginia birth certificate. As chair, president and chief executive officer of the Abigail Adams National Bancorp, Inc., stock symbol-AANB, you are directly responsible for these transgressions despite the use of the stock transfer company, American Stock Transfer & Trust Company (AST) [see also 12 U.S.C.A. and Rule 4(d)(2) & (h)(1) FRCP].

Alexander Hamilton, a graduate of King's College, now Columbia College of Columbia University, always disliked Thomas Jefferson *intensely* ... . History reports that Hamilton always accused Jefferson of being prejudice, racist, and dishonest in his business dealings. Furthermore, it was also reported that Hamilton felt that Jefferson was not very *smart* ... it would be interesting to correlate Thomas Jefferson's visits to France with the production of his "so called" inventions in Virginia. Nevertheless, Jefferson died bankrupt, having not handled his finances correctly as to be able to satisfy his creditors ... .

William Jefferson Clinton, a descendant of Thomas Jefferson, was sued by me, pro se, in the U.S. Supreme Court in June of 2000 ... the charges included *treason*. On August 25, 2000, a "MOTION FOR JUDGMENT BY ENTRY OF DEFAULT" and a "PROOF OF SERVICE" were filed in the U.S. Supreme Court and William Jefferson Clinton et ali never answered the lawsuit continuing in the dishonest vein of his ancestor.

06 1621

FILED

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

**ATTACHMENT J**

*The Washington Post's* "A Section" reported in 2001 that William Jefferson Clinton and his wife were not able to individually or together secure enough credit to purchase an expensive home in Chappaqua, NY (Westchester County). The bank would only allow the Clintons to obtain the loan, if they could secure a wealthy co-signer .... In my opinion, this incident combined with the unanswered U.S. Supreme Court lawsuit demonstrates the sinister similarity with Thomas Jefferson that we right wing conservatives *cannot tolerate* .... The Byrd Family of Virginia (see William Byrd, b. 1674) does not have this type of history ....

The exchange of a half of share of NASDAQ, AANB common stock for CBT stock that was obviously *privately* held, i.e. it does not trade on the NASDAQ, the American Stock Exchange, or the New York Stock Exchange, is dishonest regardless of the value of your NASDAQ stock; private stock is held/maintained differently from common stock, is taxed differently, and is *privileged* stock. Fortunately, for you and your company, CBT foolishly agreed to the inequitable exchange, so no crime was committed .... In this instance, however, your stock transfer company, AST, has been given orders to transfer, close, liquidate and send checks for the proceeds of AANB stock and has refused to comply .... The total value of 5586 shares of CBT/AANB stock is well over $10,000 which is considered *real property* under 18 U.S.C.A.

It is obvious from these sequence of events and the nonpayment that the same financial mismanagement and blatant dishonesty exhibited by Thomas Jefferson and William Jefferson Clinton are in play at the Abigail Adams National Bancorp and at AST. My family (*see enclosed*) which has been a shareholder of CBT *private*/capital stock since its inception in the early 1900's*, cannot do business with *you*, the Abigail Adams National Bancorp, or AST, so as chair, president, and chief executive officer, please order the CEO/President of AST to immediately **transfer** all of Samuel Harry Bell's shares to Harryette Hewin Bell's account; **locate** Hermione Bell Tinsley's missing/stolen shares; **liquidate** Harryette Hewin Bell's, Hermione Bell Tinsley's, and the illegal U.G.M.A. accounts; and **send** checks for the proceeds via some form of tracked mail-FedEx®, USPS Express Mail, USPS Priority Mail with Delivery or Signature Confirmation, or Certified, Return Receipt Mail. It would be facile to file another federal lawsuit (see *Tinsley v. The Vanguard Group, Case No. 01-7198*, U.S. Dist. Ct. E.D. PA [Philadelphia Division]).

Sincerely yours,

*[signature]*

Philip Tinsley, III
Attorney-in-fact/Trustee &
Pro Se Plaintiff

Enclosures (18 pages)

-2-

cc: President of the UN Gen. Assembly
    General Secretariat, IOSCO
    Embassy of New Zealand
    U.S. Securities and Exchange Commission
    U.S. Attorney

*Being a shareholder of CBT stock in excess of $10,000 in value since the early 1900's qualifies a customer/shareholder as a V.I.P. Only executive officers are to handle the accounts of V.I.P. customers. Ms. Aleka Krueger and the manger at AST have demonstrated extreme incompetence and do not even have Series 7 licenses.

**Sent via Facsimile and via USPS Priority Mail with Signature Confirmation. 2305 0270 0001 8002 4639**

-3-