**HEWLETT PACKARD** hp officejet 6200 series

Philip Tinsley II
Thursday, August 10, 2006 5:19:31

## Sent

| Date | Duration | Name | Fax Number | Pages | Status |
|---|---|---|---|---|---|
| 8/10/2006 5:07 AM | 10:19 | | 12023073569 | 21 | Completed |
| 8/10/2006 4:57 AM | 8:40 | | 12027729295 | 21 | Completed |
| 8/10/2006 4:46 AM | 10:02 | | 12026675227 | 21 | Completed |
| 8/10/2006 4:37 AM | 8:38 | | 12129633301 | 21 | Completed |
| 8/10/2006 4:27 AM | 10:17 | | 011349155593968 | 21 | Completed |
| 8/10/2006 4:25 AM | 0:15 | | 12129633301 | 0 | Canceled |
| 8/10/2006 4:17 AM | 8:35 | | 12028353871 | 21 | Completed |
| 8/9/2006 3:08 PM | 0:51 | | 18002928177 | 2 | Completed |
| 8/9/2006 3:07 PM | 0:50 | | 12154960434 | 2 | Completed |
| 8/9/2006 3:06 PM | 0:49 | | 19727167646 | 2 | Completed |
| 8/9/2006 2:35 PM | 2:37 | | 5403680821 | 6 | Completed |
| 8/9/2006 9:17 AM | 2:06 | | 7033594679 | 5 | Completed |
| 8/9/2006 9:06 AM | 0:34 | Gov. of Alabama | 13343530004 | 4 | Completed |
| 8/9/2006 9:01 AM | 4:38 | Gov. of Alabama | 13343530004 | 42 | Completed |
| 8/8/2006 12:54 PM | 2:24 | | 14023515955 | 3 | Completed |
| 8/8/2006 11:51 AM | 27:05 | | 14023515955 | 67 | Completed |
| 8/7/2006 11:50 PM | 4:04 | | 12026675227 | 9 | Completed |
| 8/7/2006 11:45 PM | 3:45 | | 12129633301 | 9 | Completed |
| 8/7/2006 4:57 PM | 2:53 | | 12154960434 | 7 | Completed |
| 8/7/2006 4:54 PM | 2:52 | | 19727167646 | 7 | Completed |
| 8/7/2006 4:33 PM | 0:24 | | 12027729295 | 1 | Completed |
| 8/7/2006 4:32 PM | 0:24 | | 12026821312 | 1 | Completed |
| 8/7/2006 4:31 PM | 0:35 | | 12023078729 | 1 | Completed |
| 8/7/2006 4:30 PM | 0:17 | | 12155971680 | 0 | Canceled |
| 8/7/2006 4:29 PM | 0:34 | | 12026675227 | 1 | Completed |
| 8/7/2006 4:28 PM | 0:24 | | 12022325993 | 1 | Completed |
| 8/7/2006 4:27 PM | 0:24 | | 12129633301 | 1 | Completed |
| 8/7/2006 4:26 PM | 0:24 | | 12023076777 | 1 | Completed |
| 8/7/2006 4:25 PM | 0:26 | | 17172214493 | 1 | Completed |
| 8/7/2006 4:21 PM | 2:06 | | 12024626115 | 5 | Completed |

06 1621

**FILED**

SEP 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT K**