

```
                    FALMOUTH POSTAL STORE
                    FALMOUTH, Virginia
                         224066470
                       5176530403 -0097
     08/10/2006       (800)275-8777      04:38:16 PM

                        Sales Receipt
     Product          Sale    Unit
     Description       Qty    Price        Final
                                           Price

     WASHINGTON DC 20036                   $4.05
     Priority Mail
     5.10 oz.
     Signature Confirmation                $1.90
     Label #:
                  23050270000180024639
     Customer Postage                     -$5.95
      Subtotal:                             $0.00
                                          =======
     Issue PVI:
                                            $0.00

     Total:                                 $0.00
     Paid by:

     Bill#: 1000302670640
     Clerk: 13

         All sales final on stamps and postage.
         Refunds for guaranteed services only.
              Thank you for your business.
                      Customer Copy
```

06 1621

**FILED**

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT L**