

Home | Help

Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: 2305 0270 0001 8002 4639
Status: Delivered

Your item was delivered at 4:38 pm on August 14, 2006 in WASHINGTON, DC 20036. The item was signed for by D MARSHALL.

Additional Details >   Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. Go >

Proof of Delivery
Verify who signed for your item by email, fax, or mail. Go >

POSTAL INSPECTORS            site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

06 1621

FILED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                 8/16/2006

**ATTACHMENT M**