August 14, 2006

TO: U.S. Attorney

FROM: Philip Tinsley III

RE: ARREST

Please apprehend and arrest Ms. Lucy Peeler at American Stock Tranfer & Trust Company (AST) of the enclosed fraud for mail fraud (18 U.S.C.A. § 1341) and scheme to defraud (18 U.S.C.A § 1346), and use the enclosed documents and facts as an affidavit for the apprehension and arrest of Ms. Lucy Peeler at AST:

1. The August 9, 2006 letter and enclosed documents that were sent to Ms. Jeanne Delaney Hubbard, Chair, President & CEO of Abigail Adams National Bancorp, Inc. (AANB) via facsimile and via USPS Priority Mail with Signature Confirmation, 2305 0270 0001 8002 4639, explained that all accounts had to be liquidated and that we had to be sent checks for the proceeds of all accounts. A copy (21 pages) was faxed to the U.S. Attorney, DC at 5:07 AM on 8/10/2006.

2. This is the second (2nd) time that AST has refused to close the accounts and send a check for the proceeds.

Sincerely,

Philip Tinsley, III
Attorney-in-fact/Trustee and Account Holder

Enclosures (3 pages)

cc: President of the UN Gen. Assembly
    General Secretariat, IOSCO
    Embassy of Ireland
    Embassy of New Zealand
    U.S. Securities and Exchange Commission
    Jeanne Delaney Hubbard, AANB*

*Also being sent via USPS Priority Mail with Signature Confirmation, 2305 0270 0001 8002 4646

<u>Sent by Facsimile</u>

06 1621

FILED

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT N**