stomer Service: 1 800 288-2747  
ext Phone (TTY): 1 800 833-3232  
nternet Address: www.att.com

Aug 6 - Sep 5, 2006  
Customer ID: ████████  
Page 9 of 19

at&t

## Direct dialed calls

| # | Date | Number called | Where | Time | Rate | Type | Min | Amount |
|---|------|---------------|-------|------|------|------|-----|--------|
| 157 | Aug 14 | 212 355-1124 | New York, NY | 3:14am | night | direct | 4 | .40 |
| 158 | Aug 14 | 212 963-3301 | New York, NY | 3:18am | night | direct | 4 | .40 |
| 159 | Aug 14 | 202 337-5864 | Washington, DC | 3:22am | night | direct | 5 | .50 |
| 160 | Aug 14 | 202 965-1073 | Washington, DC | 3:28am | night | direct | 4 | .40 |
| 161 | Aug 14 | 202 667-5227 | Washington, DC | 3:31am | night | direct | 5 | .50 |
| 162 | Aug 14 | 202 232-5993 | Washington, DC | 3:37am | night | direct | 4 | .40 |
| 163 | Aug 14 | 202 462-6115 | Washington, DC | 3:41am | night | direct | 4 | .40 |
| 164 | Aug 14 | 212 963-3301 | New York, NY | 6:00am | night | direct | 2 | .20 |
| 165 | Aug 14 | 212 637-2611 | New York, NY | 6:02am | night | direct | 3 | .30 |
| 166 | Aug 14 | 202 232-5993 | Washington, DC | 6:06am | night | direct | 2 | .20 |
| 167 | Aug 14 | 202 667-5227 | Washington, DC | 6:11am | night | direct | 3 | .30 |
| 168 | Aug 14 | 202 772-9295 | Washington, DC | 6:14am | night | direct | 2 | .20 |
| 169 | Aug 14 | 202 835-3871 | Washington, DC | 6:17am | night | direct | 2 | .20 |
| 170 | Aug 14 | 202 682-1312 | Washington, DC | 7:21am | night | direct | 3 | .30 |
| 171 | Aug 14 | 757 722-3486 | Hampton, VA | 7:24am | night | direct | 1 | .14 |
| 172 | Aug 14 | 202 337-5864 | Washington, DC | 10:47am | night | direct | 3 | .30 |
| 173 | Aug 14 | 202 232-5993 | Washington, DC | 10:50am | night | direct | 2 | .20 |
| 174 | Aug 14 | 202 965-1073 | Washington, DC | 10:53am | night | direct | 2 | .20 |
| 175 | Aug 14 | 212 963-3301 | New York, NY | 10:55am | night | direct | 2 | .20 |
| 176 | Aug 14 | 202 667-5227 | Washington, DC | 10:59am | night | direct | 3 | .30 |
| 177 | Aug 14 | 202 626-2180 | Washington, DC | 11:03am | night | direct | 3 | .30 |
| 178 | Aug 14 | 703 614-3889 | Alexandria, VA | 11:06am | night | direct | 2 | .28 |
| 179 | Aug 14 | 202 463-0703 | Washington, DC | 11:23am | night | direct | 3 | .30 |
| 180 | Aug 14 | 202 234-4508 | Washington, DC | 11:26am | night | direct | 3 | .30 |
| 181 | Aug 14 | 515 243-3884 | Des Moines, IA | 3:52pm | night | direct | 2 | .20 |
| 182 | Aug 14 | 319 368-8834 | Cedar Rpds, IA | 3:59pm | night | direct | 2 | .20 |
| 183 | Aug 14 | 563 422-3486 | West Union, IA | 4:06pm | night | direct | 4 | .40 |
| 184 | Aug 14 | 515 832-2314 | Webster Cy, IA | 4:10pm | night | direct | 2 | .20 |
| 185 | Aug 14 | 712 262-3044 | Spencer, IA | 4:12pm | night | direct | 2 | .20 |
| 186 | Aug 14 | 916 653-3125 | Sacramento, CA | 6:27pm | night | direct | 3 | .30 |
| 187 | Aug 14 | 202 835-0245 | Washington, DC | 6:32pm | night | direct | 3 | .30 |
| 188 | Aug 14 | 202 667-2174 | Washington, DC | 6:35pm | night | direct | 3 | .30 |
| 189 | Aug 14 | 202 328-0466 | Washington, DC | 6:37pm | night | direct | 2 | .20 |
| 190 | Aug 14 | 202 328-3712 | Washington, DC | 6:40pm | night | direct | 3 | .30 |
| 191 | Aug 14 | 202 328-2152 | Washington, DC | 6:44pm | night | direct | 2 | .20 |
| 192 | Aug 14 | 202 895-6750 | Washington, DC | 6:48pm | night | direct | 4 | .40 |
| 193 | Aug 14 | 202 587-0195 | Washington, DC | 6:54pm | night | direct | 3 | .30 |
| 194 | Aug 15 | 315 245-0036 | Camden, NY | 1:23pm | night | direct | 2 | .20 |
| 195 | Aug 15 | 703 448-5033 | Fls Church, VA | 1:47pm | night | direct | 2 | .28 |
| 196 | Aug 15 | 202 667-5227 | Washington, DC | 1:49pm | night | direct | 2 | .20 |
| 197 | Aug 15 | 703 299-2584 | Alexandria, VA | 1:51pm | night | direct | 2 | .28 |
| 198 | Aug 15 | 212 963-3301 | New York, NY | 1:52pm | night | direct | 2 | .20 |
| 199 | Aug 15 | 401 709-5001 | Providence, RI | 2:03pm | night | direct | 2 | .20 |
| 200 | Aug 15 | 401 222-5475 | Providence, RI | 2:05pm | night | direct | 3 | .30 |
| 201 | Aug 15 | 401 841-8315 | Newport, RI | 2:09pm | night | direct | 2 | .20 |
| 202 | Aug 15 | 516 739-6039 | GardenCity, NY | 2:12pm | night | direct | 2 | .20 |
| 203 | Aug 15 | 212 637-2611 | New York, NY | 2:14pm | night | direct | 2 | .20 |
| 204 | Aug 15 | 713 692-1183 | Houston, TX | 2:22pm | night | direct | 2 | .20 |
| 205 | Aug 15 | 215 686-8258 | Phila, PA | 2:31pm | night | direct | 3 | .30 |
| 206 | Aug 15 | 313 224-4433 | Detroit, MI | 2:36pm | night | direct | 2 | .20 |
| 207 | Aug 15 | 510 208-6477 | Oakland, CA | 2:38pm | night | direct | 2 | .20 |
| 208 | Aug 15 | 202 514-0293 | Washington, DC | 4:11pm | night | direct | 1 | .10 |
| 209 | Aug 16 | 212 355-1124 | New York, NY | 1:30am | night | direct | 29 | 2.90 |
| 210 | Aug 16 | 202 232-5993 | Washington, DC | 1:59am | night | direct | 28 | 2.80 |
| 211 | Aug 16 | 202 232-5993 | Washington, DC | 2:37am | night | direct | 1 | .10 |

06 1621

FILED  
SEP 18 2006  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Continues on back

**ATTACHMENT O**