**U.S. Postal Service™ Signature Confirmation™ Receipt**

Postage and Signature Confirmation fees must be paid before mailing.

Article Sent To: (To be completed by mailer)

Jeanne Delgany Hubbard, Chair, Pres. + CEO
Abigail Adams National Bancorp, Inc.
1130 Connecticut Ave, NW, Suite 200
Washington, DC 20036-3945

SIGNATURE CONFIRMATION NUMBER:
2305 0270 0001 8002 4646

POSTAL CUSTOMER:
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☑ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

(See Reverse)

PS Form 153, January 2005

---

```
                FALMOUTH POSTAL STORE
                FALMOUTH, Virginia
                    224066470
                  5176530403 -0097
08/14/2006       (800)275-8777        09:24:57 AM

                    Sales Receipt
Product              Sale    Unit         Final
Description          Qty     Price        Price

WASHINGTON DC 20543                       $6.61
Parcel Post
14 lb. 14.2 oz.
  Customer Postage                       -$6.61
  Subtotal:                               $0.00
                                        ========
Issue PVI:                                $0.00

WASHINGTON DC                             $4.05
20036-3945 Priority
Mail
1.60 oz.
Signature Confirmation                    $1.90
Label #:     23050270000180024646
  Customer Postage                       -$5.95
  Subtotal:                               $0.00
                                        ========
Issue PVI:                                $0.00

Total:                                    $0.00

Paid by:

Bill#: 1000302673388
Clerk: 13

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
        Thank you for your business.
                Customer Copy
```

06 1621

**FILED**

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ATTACHMENT P**