

**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 2305 0270 0001 8002 4646
Status: Delivered

Your item was delivered at 12:55 pm on August 16, 2006 in WASHINGTON, DC 20036. The item was signed for by M NEWMARK.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   Go >

---

POSTAL INSPECTORS       site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust                 Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

**ATTACHMENT Q**

06 1621

**FILED**

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8/16/2006