

**ATTACHMENT R**