UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Action, File No. <u>1:06CV01621 CKK</u>

PHILIP TINSLEY III

**Plaintiff,**

v.

ADAMS NATIONAL BANK/ABIGAIL
ADAMS NATIONAL BANCORP, INC.

**Defendant.**

**RECEIVED**
SEP 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PROOF OF SERVICE

I, Philip Tinsley III, pro se plaintiff, mailed an original "COMPLAINT", two (2) FORM 1A., two (2) FORM 1B. and a postage paid means of returning one (1) signed FORM 1B. to me via USPS Certified, Return Receipt on September 20, 2006, to Jeanne Delaney Hubbard, Chair, President & CEO of the Adams National Bank/Abigail Adams National Bancorp, Inc.

Copies of the aforementioned were mailed to the General Secretariat of IOSCO and to the U.S. Attorney to complete service.

Dated this 20th day of September, 2006

By _____
Philip Tinsley III, in Pro Se
148 Preston Circle
Fredericksburg, VA 22406
Tel. (540) 538-4675

Enclosures (5 pages)

**Sent via USPS Certified, Return
Receipt Mail, Article No. 7003
1680 0004 0821 3128**