UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY III
148 Preston Circle
Fredericksburg, VA 22406-5144

Tel. (540) 538-4675

**Plaintiff,**

v.

ADAMS NATIONAL BANK/ABIGAIL
  ADAMS NATIONAL BANCORP, INC.
1130 Connecticut Avenue, NW, Suite 200
Washington, DC 20036

Tel. (202) 772-3600

**Defendant.**

CASE NUMBER  1:06CV01621

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

DATE STAMP: 09/18/2006

## COMPLAINT

**Introduction**-This is a civil action seeking monetary damages. This action materializes out of willful negligence by the defendant under 18 U.S.C.A. § 1961 (1)(A) & (B), **racketeering**.

1. This Court has jurisdiction pursuant to Article III Sections 1 & 2 of the United States Constitution and 28 U.S.C.A. §§ 1331 & 1332. The amount of monetary damages requested is ONE MILLION SEVENTY-EIGHT THOUSAND NINE HUNDRED-EIGHTY DOLLARS ($1,078,980).

2. The pro se plaintiff is a voting eligible citizen of the United States of America.

3. The defendant, the Adams National Bank/Abigail Adams National Bancorp, Inc., is a bank/financial institution (see 15 U.S.C.A. § 80a-3) with its headquarters in

-1-

**Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons**

TO: <u>Jeanne Delaney Hubbard</u>[as <u>Chair, President & CEO</u> of <u>Adams National Bank/Abigail Adams National Bancorp, Inc.</u>]

   A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the <u>District of Columbia</u> and has been assigned docket number <u>1:06CV01621 CKK</u>..

   This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within <u>30</u> days after the date designated below as the date on which this Notice and Request is sent. I enclosed a stamped and addressed envelope with certified, return receipt card-<u>Article No. 7005 2570 0001 0436 6325</u> (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

   If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

   If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth on the reverse side (or at the foot) of the waiver form.

   I affirm that this request is being sent to you on behalf of the plaintiff, this <u>20</u>th day of <u>September, 2006</u>.

                                               _____
                                               Signature of Plaintiff's Attorney or
                                               Unrepresented Plaintiff

NOTES

A-Name of individual defendant (or name of officer or agent of corporate defendant)
B-Title, or other relationship of individual to corporate defendant
C-Name of corporate defendant, if any
D-District
E-Docket number of action
F-Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

(As added Apr. 22, 1993, eff. Dec. 1, 1993)

**Form 1B. Waiver of Service of Summons**

TO: <u>Philip Tinsley III</u>
   I acknowledge receipt of your request that I waive service of summons in the action of <u>Complaint v. Negligence</u>, which is case number <u>1:06CV01621 CKK</u> in the United States District Court for the <u>District of Columbia</u>. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.
   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.
   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue or the court except for objections based on a defect in the summons or in the service of the summons.
   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>September 20, 2006</u>, or within 90 days after that date if the request was sent outside of the United States.

_____    _____
**Date**                  **Signature**
                          **Printed/typed name:** _____
                               [as _____]
                               [of _____]

### DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked be a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.
   It is not good cause for a failure to waive service that a party belives that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.
   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(As added Apr. 22, 1993, eff. Dec. 1, 1993)



```
         FALMOUTH POSTAL STORE
             FALMOUTH, Virginia
                 224066470
              5176530403 -0097
09/20/2006    (800)275-8777    04:40:13 PM

              Sales Receipt
Product           Sale  Unit        Final
Description       Qty   Price       Price

WASHINGTON DC 20036                 $1.83
First-Class
 6.50 oz.
 Return Rcpt (Green Card)           $1.85
 Certified                          $2.40
 Label #:      70052570000104455319
 Customer Postage                  -$5.60
 Subtotal:                          $0.48
                                 =========
 Issue PVI:                         $0.48

Spain - GPM Large                   $9.50
Envelope
 6.90 oz.
 Label #:          LX844970938US
 Customs Form #: LC455604214US
 Customer Postage                  -$9.50
 Subtotal:                          $0.00
                                 =========
 Issue PVI:                         $0.00

WASHINGTON DC                       $1.83
20001-2733 First-Class
 6.30 oz.
 Return Rcpt (Green Card)           $1.85
 Certified                          $2.40
 Label #:      70052570000104455326
 Customer Postage                  -$5.60
 Subtotal:                          $0.48
                                 =========
 Issue PVI:                         $0.48
                                 ---------
Total:                              $0.96

Paid by:
MasterCard                          $0.96
 Account #:         XXXXXXXXXXXX2201
 Approval #:        020467
 Transaction #:     68
 23 903420412

Bill #: 1000302715502
Clerk: 13

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
        Thank you for your business.
               Customer Copy
```

