UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



DEFENDANT'S EXHIBIT 1.

PHILIP TINSLEY III, )
      Plaintiff, )
      v. ) Civil Action No. 06-0429 (RCL)
HON. ALBERTO R. GONZALES, )
      Attorney General of the United States, )
      Defendant. )

FILED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss and Motion for Sanctions, and any Opposition thereto, it is this 5th day of June, 2006, hereby

ORDERED, that the Motion to Dismiss is granted, and it is further

ORDERED, that the Complaint in the above-captioned matter is dismissed with prejudice, and it is further

ORDERED, that Plaintiff shall not file any further complaints or motions in any Federal court without prior leave of that court, and it is further

ORDERED, that Defendant and any Federal entity is relieved from the obligation to respond to any pending or further complaints, motions and/or other matters filed by Plaintiff absent an order of the Court. All other currently pending motions are denied.

Royce C. Lamberth
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE