

AGREEMENT AND PLAN OF MERGER
BY AND BETWEEN
ABIGAIL ADAMS NATIONAL BANCORP, INC.
AND
CONSOLIDATED BANK & TRUST COMPANY

February 10, 2005

ARTICLE III
CONVERSION OF SHARES

3.1. Conversion of CB&T Common Stock; Merger Consideration.

At the Effective Time, by virtue of the Merger and without any action on the part of AANB, CB&T or the holders of any of the shares of CB&T Common Stock, the Merger shall be effected in accordance with the following terms:

3.1.1. Each share of AANB Common Stock that is issued and outstanding immediately prior to the Effective Time shall remain issued and outstanding following the Effective Time and shall be unchanged by the Merger.

3.1.2. All shares of CB&T Common Stock held in the treasury of CB&T and each share of CB&T Common Stock owned by AANB or any direct or indirect wholly owned subsidiary of AANB or of CB&T immediately prior to the Effective Time (other than shares held in a fiduciary capacity or in connection with debts previously contracted) ("Treasury Stock"), shall, at the Effective Time, cease to exist, and the certificates for such shares shall be canceled as promptly as practicable thereafter, and no payment or distribution shall be made in consideration therefor.

3.1.3. Each share of CB&T Common Stock issued and outstanding immediately prior to the Effective Time (other than Treasury Stock and Dissenting Shares) shall become and be converted into, as provided in and subject to the limitations set forth in this Agreement, the right to receive shares of AANB Common Stock based on the Exchange Ratio in place as of the Closing Date or cash as set forth in (iii) to the definition of "Exchange Ratio" at Section 1.1. (the "Merger Consideration").

3.1.4. Each outstanding share of CB&T Common Stock the holder of which has perfected his right to dissent under Virginia law and has not effectively withdrawn or lost such right as of the Effective Time (the "Dissenting Shares") shall not be converted into or represent a right to receive the Merger Consideration hereunder, and the holder thereof shall be entitled only to such rights as are granted by Virginia law. CB&T shall give AANB prompt notice upon receipt by CB&T of any such demands for payment of the fair value of such shares of CB&T Common Stock and of withdrawals of such notice and any other instruments provided pursuant to applicable law (any stockholder duly making such demand being hereinafter called a "Dissenting Stockholder"), and AANB shall have the right to participate in all negotiations and proceedings with respect to any such demands. CB&T shall not, except with the prior written consent of AANB, voluntarily make any payment with respect to, or settle or offer to settle, any such demand for payment, or waive any failure to timely deliver a written demand for appraisal or the taking of any other action by such Dissenting Stockholder as may be necessary to perfect appraisal rights under Virginia law. Any payments made in respect of Dissenting Shares shall be made by the Surviving Company.

3.1.5. If any Dissenting Stockholder shall effectively withdraw or lose (through failure to perfect or otherwise) his right to such payment at or prior to the Effective Time, such holder's shares of CB&T Common Stock shall be converted into a right to receive the Merger Consideration in accordance with the applicable provisions of this Agreement.

3.1.6. After the Effective Time, shares of CB&T Common Stock shall no longer be outstanding and shall automatically be canceled and shall cease to exist, and shall thereafter by operation of this section be the right to receive the Merger Consideration.

3.1.7. In the event AANB changes (or establishes a record date for changing) the number of, or provides for the exchange of, shares of AANB Common Stock issued and outstanding prior to the Effective Time as a result of a stock split, stock dividend, recapitalization, reclassification, or similar transaction with respect to the outstanding AANB Common Stock and the record date therefor shall be prior to the Effective Time, the Exchange Ratio shall be proportionately and appropriately adjusted; provided, that no such adjustment shall be made with regard to AANB Common Stock if AANB issues additional shares of AANB Common Stock and receives fair market value consideration for such shares or if AANB issues shares of AANB common stock through the exercise of options which have been granted or are available for grant pursuant to previously adopted stock benefit plans.

3.1.8. No Fractional Shares. Notwithstanding anything to the contrary contained herein, no certificates or scrip representing fractional shares of AANB Common Stock shall be issued upon the surrender for exchange of Certificates, no dividend or distribution with respect to AANB Common Stock shall be payable on or with respect to any fractional share interest, and such fractional share interests shall not entitle the owner thereof to vote or to any other rights of a stockholder of AANB. In lieu of the issuance of any such fractional share, AANB shall pay to each former holder of CB&T Common Stock who otherwise would be entitled to receive a fractional share of AANB Common Stock, an amount in cash, rounded to the nearest cent and without interest, equal to the product of (i) the fraction of a share to which such holder would otherwise have been entitled and (ii) the average of the daily closing sales prices of a share of AANB Common Stock as reported on the Nasdaq for the ten (10) consecutive trading days immediately preceding the Closing Date. For purposes of determining any fractional share interest, all shares of CB&T Common Stock owned by a CB&T stockholder shall be combined so as to calculate the maximum number of whole shares of AANB Common Stock issuable to such CB&T stockholder.

3.2.    Procedures for Exchange of CB&T Common Stock.

3.2.1. AANB to Make Merger Consideration Available. No later than the Closing Date, AANB shall deposit, or shall cause to be deposited, with the Exchange Agent for the benefit of the holders of CB&T Common Stock or cash, for exchange in accordance with this Section 3.2, certificates representing the shares of AANB Common Stock and an aggregate amount of cash sufficient to pay the aggregate amount of cash payable pursuant to this Article III (such cash and certificates for shares of AANB Common Stock, together with any dividends or distributions with respect thereto (without any interest thereon) being hereinafter referred to as the "Exchange Fund").

3.2.2. Exchange of Certificates. AANB shall take all steps necessary to cause the Exchange Agent, within five (5) business days after the Effective Time, to mail to each holder of a Certificate or Certificates, a form letter of transmittal for return to the Exchange Agent and instructions for use in effecting the surrender of the Certificates in exchange for the Merger Consideration and cash in lieu of fractional shares into which the CB&T Common Stock represented by such Certificates shall have been converted as a result of the Merger. The letter of transmittal shall be in customary form and shall specify that delivery shall be effected, and risk of loss and title to the Certificates shall pass, only upon delivery of the Certificates to the Exchange Agent. Upon proper surrender of a Certificate for exchange and cancellation to the Exchange Agent, together with a properly completed letter of transmittal, duly executed, the holder of such Certificate shall be entitled to receive in exchange therefor the Merger Consideration to which such holder of CB&T common stock shall have become entitled pursuant to Section 3.1.3 and 3.18 hereof, and the Certificate so surrendered shall forthwith be cancelled. No interest will be paid or accrued on any cash payable in lieu of fractional shares or any unpaid dividends and distributions, if any, payable to holders of Certificates.

3.2.3. Rights of Certificate Holders after the Effective Time. The holder of a Certificate that prior to the Merger represented issued and outstanding CB&T Common Stock shall have no rights, after the Effective Time, with respect to such CB&T Common Stock except to surrender the Certificate in exchange for the Merger Consideration as provided in this Agreement. No dividends or other distributions declared after the Effective Time with respect to AANB Common Stock or interest with respect to cash shall be paid to the holder of any unsurrendered Certificate until the holder thereof shall surrender such Certificate in accordance with this Section 3.2. After the surrender of a Certificate in accordance with this Section 3.2, the record holder thereof shall be entitled to receive any such dividends or other distributions, without any interest thereon, which theretofore had become payable with respect to shares of AANB Common Stock represented by such Certificate.

3.2.4. Surrender by Persons Other than Record Holders. If the Person surrendering a Certificate and signing the accompanying letter of transmittal is not the record holder thereof, then it shall be a condition of the payment of the Merger Consideration that: (i) such Certificate is properly endorsed to such Person or is accompanied by appropriate stock powers, in either case signed exactly as the name of the record holder appears on such Certificate, and is otherwise in proper form for transfer, or is accompanied by appropriate evidence of the authority of the Person surrendering such Certificate and signing the letter of transmittal to do so on behalf of the record holder; and (ii) the person requesting such exchange shall pay to the Exchange Agent in advance any transfer or other taxes required by reason of the payment to a Person other than the registered holder of the Certificate surrendered, or required for any other reason, or shall establish to the satisfaction of the Exchange Agent that such tax has been paid or is not payable.

3.2.5. Closing of Transfer Books. rom and after the Effective Time, there shall be no transfers on the stock transfer books of CB&T of the CB&T Common Stock that were outstanding immediately prior to the Effective Time. If, after the Effective Time, Certificates representing such shares are presented for transfer to the Exchange Agent, they shall be exchanged for the Merger Consideration and canceled as provided in this Section 3.2.

3.2.6. Return of Exchange Fund. At any time following the twelve (12) month period after the Effective Time, AANB shall be entitled to require the Exchange Agent to deliver to it any portions of the Exchange Fund which had been made available to the Exchange Agent and not disbursed to holders of Certificates (including, without limitation, all interest and other income received by the Exchange Agent in respect of all funds made available to it), and thereafter such holders shall be entitled to look to AANB (subject to abandoned property, escheat and other similar laws) with respect to any Merger Consideration that may be payable upon due surrender of the Certificates held by them. Notwithstanding the foregoing, neither AANB nor the Exchange Agent shall be liable to any holder of a Certificate for any Merger Consideration delivered in respect of such Certificate to a public official pursuant to any abandoned property, escheat or other similar law.

3.2.7. Lost, Stolen or Destroyed Certificates. In the event any Certificate shall have been lost, stolen or destroyed, upon the making of an affidavit of that fact by the person claiming such Certificate to be lost, stolen or destroyed and, if required by AANB, the posting by such person of a bond in such amount as AANB may reasonably direct as indemnity against any claim that may be made against it with respect to such Certificate, the Exchange Agent will issue in exchange for such lost, stolen or destroyed Certificate the Merger Consideration deliverable in respect thereof.

3.2.8. Withholding. AANB or the Exchange Agent will be entitled to deduct and withhold from the consideration otherwise payable pursuant to this Agreement or the transactions contemplated hereby to any holder of CB&T Common Stock such amounts as AANB (or any Affiliate thereof) or the Exchange Agent are required to deduct and withhold with respect to the making of such payment under the Code, or any applicable provision of U.S. federal, state, local or non-U.S. tax law. To the extent that such amounts are properly withheld by AANB or the Exchange Agent, such withheld amounts will be treated for all purposes of this Agreement as having been paid to the holder of the CB&T Common Stock in respect of whom such deduction and withholding were made by AANB or the Exchange Agent and such amounts shall be delivered to the applicable taxing authorities.

3.3. Reservation of Shares.

AANB shall reserve for issuance a sufficient number of shares of the AANB Common Stock for the purpose of issuing shares of AANB Common Stock to the CB&T stockholders in accordance with this Article III.

ARTICLE IV
REPRESENTATIONS AND WARRANTIES OF CB&T

CB&T represents and warrants to AANB that the statements contained in this Article IV are correct as of the date of this Agreement, except as set forth in the CB&T DISCLOSURE SCHEDULE delivered by CB&T to AANB on the date hereof, and except as to any representation or warranty which specifically relates to an earlier date. CB&T has made a good faith effort to ensure that the disclosure on each schedule of the CB&T DISCLOSURE SCHEDULE corresponds to the section referenced herein. However, for purposes of the CB&T DISCLOSURE SCHEDULE, any item disclosed on any schedule therein is deemed to be fully disclosed with respect to all schedules under which such item may be relevant as and to the extent that it is reasonably apparent that such item applies to such other schedule.