UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

PHILIP TINSLEY, III

    Plaintiff,

    v.                          Civil Action No.: 06-01621 (CKK)

THE ADAMS NATIONAL BANK/
ABIGAIL ADAMS NATIONAL BANK, INC.

**ENTRY OF APPEARANCE**

    Please enter the appearance of Laurance J. Ochs as counsel for the defendant.

    Respectfully submitted,

    /s/ Laurance J. Ochs
    Laurance J. Ochs (Bar # 42622)
    1748 N Street, N.W.
    Washington, D.C. 20036
    (202) 331-9009

    Counsel for Defendant,
    Abigail Adams National Bancorp

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of October, 2006, a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to Plaintiff, Philip Tinsley, 148 Preston Circle, Fredericksburg, VA 22406-5144.

    /s/ Laurance J. Ochs
    Laurance J. Ochs