UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY, III,

   Plaintiff,

     v.

ADAMS NATIONAL BANK/ABIGAIL
ADAMS NATIONAL BANCORP, INC.,

   Defendant.

Civil Action No. 06-1621 (CKK)

**ORDER**
(October 17, 2006)

On October 11, 2006, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise the Plaintiff that he must respond to Defendant's Motion to Dismiss no later than November 14, 2006. If Plaintiff does not respond by November 14, 2006, the Court will treat the motion as conceded and dismiss Plaintiff's Complaint.

The Clerk's Office shall send a copy of this Order to Plaintiff at 148 Preston Circle, Fredericksburg, VA 22406-5144.

**SO ORDERED**.

                                                       */s/*
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge