EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Civil Division

PHILIP TINSLEY, III

    Plaintiff,

    v.                                    Civil Action No.: 06-01621 (CKK)

THE ADAMS NATIONAL BANK/
ABIGAIL ADAMS NATIONAL BANCORP, INC.

**Declaration of Laurance J. Ochs, Esq.**

    I am Laurance J. Ochs, an attorney in Washington, D.C., and am counsel to Abigail Adams National Bancorp, Inc. ("AANB") in this litigation.

    In representing AANB in this case, I have charged AANB fees and expenses for work on this case though November 6, 2006 in the total amount of $6,510.60, all as detailed in Exhibit A attached hereto.

    The foregoing charges are reasonable for the work performed and expenses incurred in defending AANB in this action, and for the filing of AANB's motion for sanctions.

    I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 6, 2006                                   /s/ Laurance J. Ochs
                                                                             Laurance J. Ochs

Exhibit "A"

RE: **Philip Tinsley, III v. AANB**
U.S. District Court for D.C.
**Fees and Expenses through 11/6/06**

LJO @ $350.00 per hour:

10/5/06
Tel. conf. w. client on claim of Tinsley and review e-mails from client including complaint (1.8 hrs.) (Amount $630);

10/9/06
Fact investigation - obtain and review prior case filings by plaintiff in other litigation and injunctions issued in prior litigation; obtain and review merger documents between AANB and CBT (3.6 hrs.) (Amount $1,260);

10/10/06
Draft motion to dismiss and memorandum in support of motion after legal research on law applicable to motion (6.4 hrs.) (Amount $2,240);

10/11/06    Finalize motion and file same (1 hr.) (Amount $350);

10/13/06
Send letter to plaintiff enclosing motion for sanctions w/out memorandum andrequesting that complaint be withdrawn pursuant to Rule 11 "safe harbor"provision. (1.2 hrs.) (Amount $420);

10/17/06
Review order of court re; time for opposition and discuss w. client (.2 hrs.) (Amount $70);

11/2/06
Draft memorandum in support of motion for sanctions after legal research on law applicable to motion (3.8 hrs.) (Amount $1,330);

11/6/06    Finalize motion for sanctions and file same (.6) (Amount $210).

**Total Fees:    $6,510.00**

Out of Pocket Expenses:
PACER         $ _____ *

WESTLAW    $ _____ *

Postage         $    .60
* (invoice statements from database cos. not yet available)