UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

PHILIP TINSLEY, III

    Plaintiff,

    v.                                                     Civil Action No.: 06-01621 (CKK)

THE ADAMS NATIONAL BANK/
ABIGAIL ADAMS NATIONAL BANK, INC.

**ORDER**

    Upon consideration of the Defendant's Motion for Sanctions and any opposition thereto, it is this ____ day of _____, 2006, hereby

    ORDERED, that the Motion for Sanctions is GRANTED; and it is

    FURTHER ORDERED, that the plaintiff herein, Mr. Philip Tinsley, III, is sanctioned in the amount of $_____ for his failure to obtain the prior consent of this court before filing his complaint herein; and it is

    FURTHER ORDERED, that the plaintiff shall not file any further complaints or motions in any court against the defendant, Abigail Adams National Bancorp, Inc., or any of its officers, directors, employees, agents, attorneys, subsidiaries or affiliates without first obtaining prior leave of the court.

                                                                                                  _____
                                                                                                  Colleen Kollar-Kotelly
                                                                                                  United States District Judge

copies to:
Laurance J. Ochs, Esq.
1748 N Street, N.W.
Washington, D.C. 20036

Mr. Philip Tinsley, III
148 Preston Circle
Fredericksburg, Virginia 22406