UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY, III,

    Plaintiff,

    v.

ADAMS NATIONAL BANK/ABIGAIL
ADAMS NATIONAL BANCORP, INC.,

    Defendant.

Civil Action No. 06-1621 (CKK)

**ORDER**
(November 17, 2006)

On October 11, 2006, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, on October 17, 2006, the Court advised Plaintiff that he must respond to Defendant's Motion to Dismiss no later than November 14, 2006, and that if Plaintiff did not respond by November 14, 2006, the Court would treat the motion as conceded and dismiss Plaintiff's Complaint.

As of today, November 17, 2006, a response from Plaintiff to Defendant's Motion to Dismiss has not been filed on the docket. Furthermore, the Court has contacted the Clerk's office and has been informed that the Clerk's office has not received any response from Plaintiff with respect to Defendant's Motion to Dismiss.

The Court also notes that Defendant filed a [6] Motion for Sanctions on November 6,

2006. Plaintiff must respond to Defendant's Motion for Sanctions by December 13, 2006, or the Court shall grant Defendant's Motion as conceded.

Accordingly, it is, this 17th day of November, 2006, hereby

ORDERED that the Court shall DISMISS WITH PREJUDICE the instant case based on Plaintiff's failure to respond to Defendant's Motion to Dismiss; it is also

ORDERED that Plaintiff must respond to Defendant's Motion for Sanctions by December 13, 2006, or the Court shall grant Defendant's Motion for Sanctions as conceded; it is also

ORDERED that the Court takes judicial notice of Judge Royce C. Lamberth's Order in *Tinsley v. Gonzales*, Civ. No. 06–429 (June 5, 2006), which orders that "Plaintiff shall not file any further complaints or motions in any Federal court without prior leave of that court[.]"; it is also

ORDERED that the Clerk's Office shall send a copy of this Order to Plaintiff at 148 Preston Circle, Fredericksburg, VA 22406-5144.

*This is a final, appealable order.*

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge