UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILIP TINSLEY, III,

    Plaintiff,

      v.

ADAMS NATIONAL BANK/ABIGAIL
ADAMS NATIONAL BANCORP, INC.,

    Defendant.

Civil Action No. 06-1621 (CKK)

**ORDER**
(March 6, 2007)

On November 17, 2006, the Court dismissed with prejudice the instant case based on Plaintiff's failure to respond to Defendant's Motion to Dismiss. The Court also noted that Defendant had filed a [6] Motion for Sanctions on November 6, 2006. The Court ordered that "Plaintiff must respond to Defendant's Motion for Sanctions by December 13, 2006, or the Court shall grant Defendant's Motion as conceded." [7] Order at 1.

As of this date, March 6, 2007, a response from Plaintiff to Defendant's Motion for Sanctions has not been filed on the docket. Furthermore, the Court checked with the Clerk's office, which informed the Court that it had received no such filing from Plaintiff.

Accordingly, it is, this 6th day of March, 2007, hereby

ORDERED that the Court shall GRANT AS CONCEDED Defendant's [6] Motion for Sanctions; it is also

ORDERED that the Court takes judicial notice of Judge Royce C. Lamberth's Order in *Tinsley v. Gonzales*, Civ. No. 06–429 (June 5, 2006), which orders that "Plaintiff shall not file any further complaints or motions in any Federal court without prior leave of that court[.]"; it is

also

ORDERED that Plaintiff is sanctioned in the amount of $6,510.60, which represents Defendant's reasonable attorneys' fees as set forth in the Declaration of Laurance J. Ochs, *see* Mot. for Sanctions, Ex. 1, for Plaintiff's failure to obtain prior consent of this court before filing the Complaint herein; it is also

ORDERED that Plaintiff shall not file any further complaints or motions in any court against the Defendant, Abigail Adams National Bancorp, Inc., or any of its officers, directors, employees, agents, attorneys, subsidiaries, or affiliates without obtaining prior leave of the court; it is also

ORDERED that the Clerk's Office shall send a copy of this Order to Plaintiff at 148 Preston Circle, Fredericksburg, VA 22406-5144.

*This is a final, appealable order.*

COLLEEN KOLLAR-KOTELLY
United States District Judge